# LAW OFFICES OF JEAN M. KIES, S.C.

135 West Wells Street, Suite 330  Jean M. Kies – jkies@wi.rr.com
Milwaukee, Wisconsin 53203  Lew A. Wasserman – attywasserman@wi.rr.com
Telephone 414. 272–7622
Fax 414. 272–4744

Tuesday, March 26, 2013

Hon. Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

    Re:    *United States v. Sean D. Patrick*
            2:11-cr-238-LA

Dear Judge Adelman:

    In reviewing the filed documents in this case, I discovered that Doc. 20, a letter from ADA Sara Beth Lewis, is an unsigned draft. I am attaching a signed copy of that letter for your review.

    ADA Lewis refers to the trial of Mario Harris, 2011CF2966, wherein Mr. Patrick (and the undersigned!) testified on February 20, 2012. What is not revealed in the case record, or in ADA Lewis's letter, is that Mr. Patrick had been asked, and then threatened, to provide false testimony - which he declined to do. See attached report of Det. Thomas Dineen.

    Kindly include this information in your determination of the substantial assistance given by Mr. Patrick.

    Yours very truly,

     /s/
    Lew A. Wasserman 1019200

attachments
CC:    ECF filers.



**OFFICE OF THE DISTRICT ATTORNEY**

# Milwaukee County

**JOHN T. CHISHOLM · District Attorney**

Chief Deputy Kent L. Lovern, Deputies James J. Martin, Patrick J. Kenney, Lovell Johnson, Jr., Jeffrey J. Altenburg

Donald S. Jackson
Gale G. Shelton
Gary D. Mahkorn
David Robles
Cynthia G. Brown
Norman A. Gahn
Steven H. Glamm
Mark S. Williams
John M. Stolber
Thomas L. Potter
David Feiss
Rayann Chandler Szychlinski
Carole Manchester
Kenneth R. Berg
Warren D. Zier
Timothy J. Cotter
Steven V. Licata
Brad Vorpahl
Paul Tiffin
Miriam S. Falk
Phyllis M. DeCarvalho
Dennis P. Murphy
Bruce J. Landgraf
Denis J. Stingl
Janet C. Protasiewicz
DeAnn L. Heard
Patricia A. McGowan
Irene E. Parthum
Karen A. Loebel
Ronald S. Dague
Lori S. Kornblum
Karine O'Byrne
Maria Dorsey
James W. Frisch
Kurt B. Benkley
James C. Griffin
William P. Pipp
Joanne L. Hardtke
Christopher A. Liegel
Megan P. Carmody
Laura A. Crivello
Shawn Pompe
Kevin R. Shomin
Beth D. Zirgibel
Karen A. Vespalec
Mark A. Sanders
Paul C. Dedinsky
David T. Malone
Kelly L. Hedge
Rachael Stencel
Mary M. Sowinski
Kathryn K. Samer
Daniel J. Gabler
Sara P. Scullen
T. Christopher Dee
Jacob D. Corr
Joy Hammond
Katharine F. Kucharski
Elisabeth Mueller
Grant I. Huebner
Stephan Eduard Nolten
Michelle Ackerman Havas
Jennifer K. Rhodes
Claire Starling
Zach Whitney
Rebecca A. Kiefer
Matthew J. Torbenson
Katryna L. Childs
Anthony White
Antoni Apollo
Nicole D. Loeb
Erin Karshen
Lucy Kronforst
Michael J. Lonski
Paul M. Hauer
Sara Beth Lewis
Jenni Spies
David M. Stegall
Amanda Kirklewski
Benjamin Wesson
Renee Heinitz
Karl P. Hayes
Holly L. Bunch
Jacob A. Manian
Heather M. Placek
Megan M. Williamson
Dewey B. Martin
Sara Sweeney
Christopher J. Ladwig
Kimberly D. Schoepp
Nicole J. Sheldon
Dax C. Odom
Maureen A. Atwell
Christopher W. Rawsthorne
Jennifer L. Hanson
Patricia I. Daughtery
Meghan C. Lindberg
Jon Neuleib
Ann M. Lopez
Brian Sammons
Peter M. Tempelis
Matthew G. Puthukulam
Jeremiah C. Van Hecke
Randy Sitzberger
Karyn E. Behling
Kasey M. Deiss
Nicolas J. Heitman
Chad Wozniak
Estee E. Hart
Kristin M. Schrank
Claire E. Hartley
Francesco G. Mineo
Jane Christopherson
Tyrone M. St. Junior
Hanna R. Kolberg
Joshua M. Mathy
Antonells Schildgen
Cynthia M. Davis
Kristen Reddinger
Jesica A. Ballenger
William M. Levins
Matthew R. Westphal
Catelin A. Ringersma
Sara Volden Schroeder
Abbey Marzick

March 29, 2012

AUSA Joseph R. Wall
US Attorneys Office Eastern District
517 E Wisconsin Ave Rm 530
Milwaukee, WI 53202-4509

Re:     *Sean Patrick: Cooperation in State Prosecution*

Dear AUSA Wall:

    I am writing to inform you that the above named federal defendant, Sean Patrick, provided meaningful cooperation in the State prosecution of defendant Mario Harris. Mr. Harris was convicted at trial of nine felony offenses, including Trafficking of a Child, Soliciting a Child for Prostitution, Pimping and Pandering and Soliciting Prostitutes, among other charges.

    Mr. Patrick assisted in the prosecution of Mr. Harris by providing detailed and credible testimony at the trial of Mr. Harris. Mr. Patrick's testimony was probative and most probably relied upon by the jury in reaching their verdicts. I consider Mr. Patrick's cooperation in this matter to have been meaningful and significant.

Sincerely,

Sara Beth Lewis
Assistant District Attorney

CC: Lewis Wasserman (Attorney for Sean Patrick)

Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM



Date: 02-20-2012

TO: Captain James Shepard

FR: Detective Dawn Jones

CC:

RE: Interview of Dwayne P. Thomas (b/m 08/22/1986)

---

This report was written by Det. Thomas Dineen, assigned to the Sensitive Crimes Division, early power shift.

On Monday, February 20, 2012, at approximately 1:50pm, Detective Dawn Jones and myself had the opportunity to speak with Dwayne P. Thomas (b/m 08/22/1986) regarding information that we received that he had relayed a message from Mario Harris to Sean Patrick at the request of Mario Harris.

Upon speaking with Thomas he stated that he knew Harris from a prior incarceration with him. Thomas further stated that he knew Patrick from being incarcerated with him up north. Last Wednesday (02/15/2012) Thomas and Harris were in court staging together. Harris told Thomas that Sean Patrick was coming down to testify in his trial. Thomas stated that later that night he seen Patrick at the county jail. On Friday (02/17/2012) Thomas was again in court staging with Harris. Thomas told Harris that he had seen Patrick. Harris told Thomas to give Patrick a message from him. Thomas said that Harris told him to tell Patrick to keep it 100 and to keep it real. Thomas said that Harris told him that Patrick knows what that means and that Patrick will know exactly what to do.

Respectfully Submitted,

Det. Thomas Dineen